**Gerald J. STEPHENSON, Plaintiff—Appellant,**

v.

**John SMITH, Owner, J. Smith Enterprises McDonalds Corporation, Defendant—Appellee.**

No. 12–1344.

United States Court of Appeals, Fourth Circuit.

Submitted: June 21, 2012.

Decided: June 25, 2012.

Gerald J. Stephenson, Appellant Pro Se. Elizabeth Ellen Clarke, LeClair Ryan, PC, Richmond, Virginia; Brian Garth Muse, LeClair Ryan, PC, Williamsburg, Virginia, for Appellee.

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald J. Stephenson appeals the district court's order dismissing his wrongful termination suit. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Stephenson v. Smith*, No. 4:11–cv–00152–RAJ–DEM (E.D.Va. Mar. 2, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*